267 U. S. 307; *Bush Co.* v. *Maloy,* Id. 317.)   Rich, Young, Kapper, Lazansky and Hagarty, JJ., concur.

CHARLES F. WEGENER, on Behalf of Himself and All Other Stockholders of MERCHANTS COLLATERAL CORPORATION, Respondent, v. MERCHANTS COLLATERAL CORPORATION and Others, Defendants. ANTON SCHICHOWSKI, Appellant.— Order denying motion to dismiss amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

ANTONIO YAMARONE, as Administrator, etc., of GAETANO YAMARONE, Deceased, Appellant, v. CHARLES DEMPSEY and EVA DEMPSEY, Respondents.— Judgment, as amended, reversed upon the law and the facts and new trial granted, costs to appellant to abide the event.   This is an action to recover damages for the death of plaintiff's intestate.   We are of opinion that the evidence adduced by plaintiff, unexplained by defendants, presented a *prima facie* case of negligence upon the part of defendants.  Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEAR MOUNTAIN HUDSON RIVER BRIDGE COMPANY, Respondent, v. JAMES DIMOND, as Assessor of the Town of Cortlandt, and Others, Appellants.— Judgment, or final order, unanimously affirmed, with costs, upon opinion of Mr. Justice Tompkins at Special Term.   [Reported in 126 Misc. 239.]   We are inclined to the view that what the bridge company was using, in its maintenance and operation, constituted a special franchise which was taxable only as such, within the authority of *People ex rel. R., S. & E. R. R. Co.* v. *Moroney* (224 N. Y. 114).   Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEAR MOUNTAIN HUDSON RIVER BRIDGE COMPANY, Respondent, v. AMBROSE JAMES, SR., and Others, Assessors of the Town of Stony Point, Rockland County, New York, Appellants.— Judgment, or final order, unanimously affirmed, with costs, upon opinion of Mr. Justice Tompkins at Special Term.   [Reported in 126 Misc. 239.]   We are inclined to the view that what the bridge company was using, in its maintenance and operation, constituted a special franchise which was taxable only as such, within the authority of *People ex rel. R., S. & E. R. R. Co.* v. *Moroney* (224 N. Y. 114). Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEAR MOUNTAIN HUDSON RIVER BRIDGE COMPANY, Respondent, v. BENJAMIN SHELDON and Others, Assessors of the Town of Highlands, Orange County, New York, Appellants.— Judgment, or final order, unanimously affirmed, with costs, upon opinion of Mr. Justice Tompkins at Special Term.   [Reported in 126 Misc. 239.]   We are inclined to the view that what the bridge company was using, in its maintenance and operation, constituted a special franchise which was taxable only as such, within the authority of *People ex rel. R., S. & E. R. R. Co.* v. *Moroney* (224 N. Y. 114).   Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of LOUIS FRIED for Admission to the Bar of the State of New York from the District of Columbia.— Motion granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

WALTER AMBROSE and ELIZABETH AMBROSE, Respondents, v. JOSEPH VASTUNAS and ELIZABETH VASTUNAS, Appellants.— Motion for reargument denied.   Motion